AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

RICHARD MORELAND,
    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 15-C-137

GENERAL MOTORS FINANCIAL COMPANY INC,
    Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that Richard Moreland takes nothing and this action is dismissed without prejudice.

Approved:   s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court

Dated: May 15, 2015.

JON W. SANFILIPPO
Clerk of Court

s/ A. Wachtendonck
(By) Deputy Clerk